USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
FRANCIS CARLING,                    :
                 Plaintiff,         :    10 Civ. 4573 (VM)(HBP)
     -against-                      :    MEMORANDUM
                                         OPINION AND ORDER
KRISTAN PETERS,                     :
                 Defendant.         :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

Defendant Kristan Peters has applied for an extension of time to respond to plaintiff Francis Carling's motions for sanctions (Docket Items 97, 106). The application is granted in part.

On February 1, 2011, defendant filed an emergency application for an extension of time to respond to these motions, which had return dates of February 8, 2011, and February 17, 2011 (Docket Item 110). By Order dated February 1, 2011, I denied defendant's application without prejudice for renewal on the grounds that her application was not accompanied by an affidavit or affirmation pursuant to 28 U.S.C. § 1746 (Docket Item 111). Defendant has since filed an amended application (Docket Item 117) and a declaration (Docket Item 112).

Defendant has requested that the return date for both motions be set for March 8, 2011, or consolidated for some other later date. In the interest of efficiency, I am consolidating the motions and granting defendant until February 17, 2011, to respond to both motions. This prejudices neither plaintiff nor defendant. I am reserving decision on whether to hold a hearing.

Dated: New York, New York
February 3, 2011

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Francis Carling, Esq.
Suite 12BC
174 East 74th Street
New York, New York  10021-3533

Kristan Peters, Esq.
Peters Hamlin LLC
Second Floor
1100 Summers Street
Stamford, Connecticut  06905